IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JAMES H. JONES AND KRISTI S. JONES | CIVIL ACTION NO. 3:12-cv-01978 |
| VERSUS | JUDGE DONALD E. WALTER |
| ROBERT S. HERLIN, NGS SUB CORP., EVOLUTION PETROLEUM CORPORATION | MAGISTRATE JUDGE HAYES |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

CONSIDERING the Joint Motion to Dismiss with Prejudice filed by Plaintiffs, James H. Jones and Kristi S. Jones, and Defendants, Robert S. Herlin, NGS Sub Corp., and Evolution Petroleum Corporation:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned matter in its entirety and including all claims asserted by Plaintiffs, James H. Jones and Kristi S. Jones, in this action against Defendants, Robert S. Herlin, NGS Sub Corp., and Evolution Petroleum Corporation, are hereby dismissed with prejudice, with each party to bear their own court costs.

~~Shreveport~~ Monroe, Louisiana, this 25th day of March, 2015.

_____
JUDGE